

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00490-CV

Joann **MARTINEZ**,
Appellant

v.

Winston **BLAKE**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2023CV01545
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:     Luz Elena D. Chapa, Justice
             Irene Rios Justice
             Beth Watkins, Justice

Delivered and Filed: October 11, 2023

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due by August 21, 2023. When neither the brief nor a motion for extension of time was filed, we ordered appellant to file, by September 21, 2023, her brief and a written response reasonably explaining her failure to timely file a brief and why appellee is not significantly injured by her failure to timely file a brief. In our order, we cautioned appellant if she failed to timely file a brief and written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c). Appellant

did not respond to our order, and to date, she has not filed a brief. We therefore dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(c).

PER CURIAM